# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Michael Savage,**

    **Petitioner,**

    v.

**United States of America,**

    **Respondent.**

**Case No. 2:20-cv-3141**
**Crim. No. 2:07-cr-145**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On June 26, 2020, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending this action be transferred to the United States Court of Appeals for the Sixth Circuit as successive. ECF No. 100. Although the parties were advised of the right to file objections to the R&R, and of the consequences for failing to do so, no objections have been filed.

The R&R is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255, ECF No. 99, is **TRANSFERRED** to the Sixth Circuit Court of Appeals as successive.

    **IT IS SO ORDERED**.

                      */s/ Michael H. Watson*_____
                      **MICHAEL H. WATSON, JUDGE**
                      **UNITED STATES DISTRICT COURT**